UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NOVARTIS PHARMA AG,

    Plaintiff and Counterclaim Defendant,

        -against-

AMGEN INC.,

    Defendant and Counterclaimant.

------------------------------------------------------------------------ x

**Case No. 1:19-CV-2993**

**AMGEN'S NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Please take notice that Defendant and Counterclaimant Amgen Inc. ("Amgen") hereby moves this Court before the Honorable P. Kevin Castel at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting Amgen's Motion for Partial Judgment on the Pleadings as to Counts I, II, and IV of the Amended Complaint, and for such other and further relief as this Court may deem just and proper. Amgen also opposes Novartis Pharma AG's ("Novartis") Motion for Partial Judgment on the Pleadings. The grounds for the instant motion are described in the accompanying Memorandum of Law.

Please take further notice that papers in opposition to this motion shall be served within 21 days, pursuant to the Court's August 27, 2019 Order, ECF No. 43, and that Amgen's reply may be served within 14 days thereafter.

| | |
|---|---|
| Dated: October 8, 2019 | /s/ Brant W. Bishop, P.C.<br>Beth Wilkinson - bwilkinson@wilkinsonwalsh.com<br>Brant W. Bishop, P.C. - bbishop@wilkinsonwalsh.com<br>Eunnice Eun - eeun@wilkinsonwalsh.com<br>Xiao Wang - xwang@wilkinsonwalsh.com<br>Sarah Neuman - sneuman@wilkinsonwalsh.com<br>D'Juan Jones - djones@wilkinsonwalsh.com<br>**WILKINSON WALSH + ESKOVITZ LLP**<br>2001 M Street, NW, 10th Floor<br>Washington, D.C.  20036<br>Tel: (202) 847-4000<br>Fax: (202) 847-4005 |