UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NOVARTIS PHARMA AG,　　　　　　　　　　Case No. 1:19-CV-2993

    Plaintiff and Counterclaim Defendant,

        -against-

AMGEN, INC.,

    Defendant and Counterclaimant.

------------------------------------------------------------------------ x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brant Bishop, hereby move this Court for leave to withdraw as counsel for defendant and counterclaimant Amgen, Inc. ("Amgen"). I will be leaving Wilkinson Walsh + Eskovitz LLP as of the conclusion of January 17, 2020. Amgen's remaining counsel of record will continue to represent Amgen in this action.

Dated: January 17, 2020　　　　　　　/s/ Brant W. Bishop, P.C.
　　　　　　　　　　　　　　　　　　Brant W. Bishop, P.C. - bbishop@wilkinsonwalsh.com
　　　　　　　　　　　　　　　　　　**WILKINSON WALSH + ESKOVITZ LLP**
　　　　　　　　　　　　　　　　　　2001 M Street, NW, 10th Floor
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Tel: (202) 847-4000
　　　　　　　　　　　　　　　　　　Fax: (202) 847-4005