UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NOVARTIS PHARMA AG,                             Case No. 1:19-CV-2993

    Plaintiff and Counterclaim Defendant,

        -against-

AMGEN, INC.,

    Defendant and Counterclaimant.

------------------------------------------------------------------- x

## AFFIDAVIT OF BRANT W. BISHOP, P.C.

I, Brant Bishop, hereby declare and affirm as follows:

1. I am an attorney in the Washington, DC office of Wilkinson Walsh + Eskovitz LLP. I am also counsel of record to defendant and counterclaimant Amgen, Inc. ("Amgen") in this matter.

2. As of the conclusion of January 17, 2020, I will be leaving Wilkinson Walsh + Eskovitz LLP, and accordingly seek leave to withdraw as counsel of record for Amgen.

3. I am not asserting a retaining or charging lien.

4. Remaining counsel of record for Amgen will continue to represent Amgen in this matter.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2020 in Washington, DC.

_____
Brant W. Bishop, P.C.