UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NOVARTIS PHARMA AG,　　　　　　　　　　　Case No. 1:19-CV-2993

　　　　Plaintiff and Counterclaim Defendant,

　　　　　　-against-

AMGEN, INC.,

　　　　Defendant and Counterclaimant.

------------------------------------------------------------------- x

## [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

This matter having come before the Court by filing of a Motion to Withdraw as Counsel for defendant and counterclaimant Amgen, Inc. ("Amgen") by Brant W. Bishop, P.C., **IT IS HEREBY ORDERED and ADJUDGED** as follows:

1. The attorney Brant W. Bishop, P.C. is hereby withdrawn as counsel of record for Amgen and fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record for Amgen will continue to represent Amgen in this matter.

3. Brant Bishop (email: bbishop@wilkinsonwalsh.com) is removed from the mailing matrix and from receiving electronic filings in the case.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable P. Kevin Castel
　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　1-31-20