UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NOVARTIS PHARMA AG,                  :   Case No. 19 Civ. 2993 (PKC)
                                     :
    *Plaintiff and Counterclaim Defendant,*  :  **STIPULATION OF DISMISSAL**
                                     :
    v.                               :
                                     :
AMGEN, INC.,                         :
                                     :
    *Defendant and Counterclaimant.*     :
                                     :
------------------------------------x

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Counterclaim Defendant Novartis Pharma AG ("Novartis") hereby dismisses, with prejudice and without costs, the Breach of Contract claim asserted against Amgen, Inc. ("Amgen") in Count V of Novartis's First Amended Complaint, and Defendant and Counterclaimant Amgen hereby dismisses, with prejudice and without costs, the Breach of Contract claim asserted against Novartis in the Fifth Cause of Action in Amgen's Second Amended Counterclaims.

Dated: June 10, 2021

By: _____
Barry H. Berke
Dani R. James
Norman C. Simon
Marjorie E. Sheldon
Nolan J. Robinson
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
bberke@kramerlevin.com
djames@kramerlevin.com
nsimon@kramerlevin.com
msheldon@kramerlevin.com
nrobinson@kramerlevin.com

*Attorneys for Amgen Inc.*

By: _____Jeffrey A. Fuisz_____
Jeffrey A. Fuisz
Peta Gordon
250 W. 55th Street
ARNOLD & PORTER KAYE SCHOLER
LLP
New York, New York 10019-9710
(212) 836-8000
jeffrey.fuisz@arnoldporter.com
peta.gordon@arnoldporter.com

By: _____
David Hille
Isaac Glassman
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
dhille@whitecase.com
isaac.glassman@whitecase.com

*Attorneys for Novartis Pharma AG*

SO ORDERED.
Dated: 6/11/2021

_____
P. Kevin Castel
United States District Judge